IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RONALD PENSE**                                                                     **PLAINTIFF**

v.                                      No. 4:17-mc-7-DPM

**ALLY FINANCIAL INCORPORATED,**
previously known as GMAC, Inc.;
and **EQUIFAX INFORMATION**
**SERVICES, LLC**                                             **DEFENDANTS**

**ORDER**

**1.** Some months ago, Pense served a subpoena issued by the Western District of Arkansas, the Court presiding over his ongoing lawsuit, on a non-party, Bank of America, N.A. № 28, in No. 5:16-cv-5275-TLB. He has now moved this Court to compel compliance. Pense seeks relief here because Bank of America was supposed to produce documents at Pense's lawyer's office, which is in the Eastern District. № 2; FED R. CIV. P. 45(g). There's no return of service; but the record contains several letters from Bank of America indicating that the subpoena was received. Bank of America hasn't appeared or responded in this miscellaneous proceeding.

**2.** The motion, № 2, is granted. Bank of America must respond to Pense's subpoena by 22 September 2017. Pense must serve another copy of the subpoena and this Order on Bank of America's registered agent, and any

lawyer whom Pense knows to be representing the bank in this dispute, by 31 August 2017. Pense must file proof of service.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 August 2017