# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RONALD PENSE                                                    PLAINTIFF

v.                          No. 4:17-mc-7-DPM

ALLY FINANCIAL, INC.,
previously known as GMAC, INC.;
and EQUIFAX INFORMATION
SERVICES, LLC                                                   DEFENDANTS

## JUDGMENT

The Court appreciates Pense's notice, № 5. This miscellaneous action is dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 September 2017